## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 20th day of April, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Van L. Dossey
*Dossey Holdings, Inc.*
4880 Woodsman Loop
Placerville, CA 95667

_____
Mary E. Augustine (No. 4477)

623489v1